CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>THE NOSH RESTAURANT, LLC, a California Limited Liability Company; and Does 1- 10,<br><br>  Defendant. | Case No.: 2:20-CV-10192-GW-AGR<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation/Motion for Dismissal with prejudice as to all parties to be filed.

Dated: March 1, 2021                     CENTER FOR DISABILITY ACCESS

                                          By:   /s/Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff